O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-1720-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | SUPERVISED RELEASE REVOCATION AND JUDGMENT |
| COVAN BERIOD TAYLOR, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 20, 2008 and July 1, 2008, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed March 11, 2008 and June 5, 2008. The Government, Christopher Pelham, the defendant and his appointed attorney, Victor Cannon, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Gregory Metoyer and Michelle Armstrong, were also present.

The defendant admitted to allegation nos. 1, 2, and 3 of the Petition on Probation and Supervised Release filed on March 11, 2008 and June 5, 2008. The defendant denied allegation no. 4 of the Petition on Probation and Supervised Release filed on June 5, 2008. The Court granted the Government's request to dismiss allegation no. 4 of the Petition on Probation and Supervised Release filed on June 5, 2008.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of September 16, 1996.

///

1   IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is
2 hereby revoked.  Defendant is hereby committed to the Bureau of Prisons for a term of three
3 (3) months with no supervised release to follow.
4   IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
5 Marshal or other qualified officer and that said copy shall serve as the commitment of
6 defendant.

8 FILE/DATED: July 14, 2008
   _____
   CHRISTINA A. SNYDER
9  UNITED STATES DISTRICT JUDGE

11  SHERRI R. CARTER, CLERK

13  By: \_\_\_\_/S/_____
        Catherine M. Jeang, Deputy Clerk

2